```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04516
   RUTH B BRIMMER PHILLIPS
   JOHN R NEWELL                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0100    SSN XXX-XX-8259

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/28/2008 and was not confirmed.

     The case was dismissed without confirmation 06/02/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
US BANK NATIONAL         NOTICE ONLY    NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     309.13            .00            .00
CAPITAL ONE              UNSEC W/INTER    1882.20            .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE   49397.68            .00            .00
HOME PHYSICIANS          UNSEC W/INTER  NOT FILED            .00            .00
PETER EUPIERRE MD        UNSEC W/INTER  NOT FILED            .00            .00
J & R REMODELING CO INC  UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER  NOT FILED            .00            .00
VERIZON                  UNSEC W/INTER  NOT FILED            .00            .00
TCF BANK                 UNSEC W/INTER  NOT FILED            .00            .00
MCI                      UNSEC W/INTER  NOT FILED            .00            .00
TANGELA BONDS            NOTICE ONLY    NOT FILED            .00            .00
CONSUMER PORTFOLIO SERV  SECURED VEHIC   12830.27            .00            .00
ECAST                    UNSEC W/INTER     884.78            .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY     2,373.00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       --------------          --------------
TOTALS                      .00                      .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04516 RUTH B BRIMMER PHILLIPS & JOHN R NEWELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE